UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARQUIS REECE, SR. and RAMEIKA DUNN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:05CV2300 HEA 4:04CV1126 HEA |
| TENET HEALTHSYSTEMS DI, INC., d/b/a FOREST PARK HOSPITAL, et al., | ) ) ) | |
| Defendant/Third-Party Plaintiff, | ) ) | |
| and | ) ) | |
| CARDINAL GLENNON, | ) ) | |
| v. | ) ) | |
| PEOPLE'S HEALTH CENTERS, INC., | ) ) | |
| Third-Party Defendant. | ) | |

## ORDER

This matter is before the Court on Third-Party Defendant's Motions to Consolidate, [Doc.# 5 in this cause and Doc. # 12 in cause No. 4:04CV1126]. In the interest of judicial economy, the motions will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that cases 4:04CV1126 HEA and 4:05CV2300 HEA are consolidated for all purposes. **The parties shall file all**

**further pleadings in case No. 4:04CV1126 HEA only**.

Dated this 26th day of January, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE